O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **ROSA ISELA GARCIA,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. §§ | **CIVIL ACTION NO. 5:05-cv-219** |
| § | |
| **FORD MOTOR CO.,** § | |
| § | |
| *Defendant*. § | |

## OPINION & ORDER

On October 27, 2005, Plaintiff Rosa Isela Garcia filed this lawsuit against Defendant Ford Motor Company for injuries sustained on October 26, 2003, when Garcia was injured in a rollover accident in her husband's F-150 near Nuevo Laredo, Tamaulipas, Mexico. [Dkt. No. 1-1 at 2].

On May 24, 2007, Garcia failed to appear for a Scheduling Conference before Magistrate Judge Adriana Arce-Flores. [Dkt. No. 15]. Ford moved to dismiss this case on May 31, 2007 under Federal Rule of Civil Procedure 41(b), based upon Plaintiff's failure to prosecute the case and/or failure to comply with the Court's orders. [Dkt. No. 16 at 1]. On July 12, 2007, the Court issued an order to Garcia to appear and show cause. [Dkt. No. 17].

On July 26, 2007, Garcia appeared and explained that she had confused the date of the May 24, 2007 hearing. [Dkt. No. 18 Minute Entry]. The Court excused Garcia's failure to appear, but advised Garcia that she must comply with all future Court orders. [*Id.*].

In light of the Court's oral ruling on July 26, 2007 and the parties' resumption of litigation [*see* Dkt. Nos. 19, 20, 21, 22], the Court **DENIES** Defendant Ford Motor Co.'s Motion to Dismiss [Dkt. No. 16].

2

IT IS SO ORDERED.

Done this 14th day of September, 2007, in Laredo, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**